[860 NE2d 58, 826 NYS2d 596]

SUSAN K. ATTEA, Appellant, v MARTIN P. ATTEA, Respondent.

Decided November 20, 2006

### APPEARANCES OF COUNSEL

*Lipsitz Green Scime Cambria LLP*, Buffalo (*Patrick C. O'Reilly* and *John A. Collins* of counsel), for appellant.

*Spadafora & Verrastro, LLP*, Buffalo (*John E. Spadafora* and *Jennifer M. Turkovich* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division, insofar as appealed from, should be affirmed, with costs. Defendant father did not agree to pay the disputed medical school expenses for the parties' youngest son (*see Hoffman v Hoffman*, 122 AD2d 583, 584 [4th Dept 1986], *lv dismissed* 69 NY2d 706 [1986]).

Chief Judge KAYE and Judges CIPARICK, ROSENBLATT, GRAFFEO, READ and SMITH concur; Judge PIGOTT taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, affirmed, with costs, in a memorandum.